259 So.2d 920

**STATE of Louisiana ex rel. Robert FONT**

v.

**C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.**

No. 52245.

April 11, 1972.

The application is moot, in view of the hearing and action of the trial court on the similar application there filed.

259 So.2d 920

**Succession of Leon SIMON.**

No. 52307.

April 11, 1972.

On the facts found by the Court of Appeal we find no error of law in its judgment